

**Mars Khaimov Law, PLLC**

100 Duffy Ave., Suite 510

Hicksville, NY 11801

Tel.: 929.324.0717

Fax: 929.333.7774

E-mail: mars@khaimovlaw.com

**VIA ECF**
The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

# MEMORANDUM ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   6/19/2024

June 18, 2024

Re:    *Case 1:24-cv-01242-GHW Toro v. 1st Class Cigar Humidors, Inc.*
       Request to Adjourn Conference

Dear Judge Woods:

Plaintiff respectfully submits this letter-motion to request an adjournment of the initial pretrial conference (and all related deadlines), currently scheduled for June 25, 2024. Despite several attempts to contact the Defendant, the Parties are currently not yet in communication. Although Defendant's answer deadline is stayed until the June 25, 2024 conference date, Plaintiff intends on pursuing a default judgment against the Defendant if it is in default after the June 25, 2024 date. As such, Plaintiff request that the initial conference be adjourned *sin dine* and Plaintiff be permitted to seek a default when appropriate. This is the first such request.

If the Defendant suddenly appears in the action, Plaintiff will ensure that a request for a new initial pretrial conference date is requested.

We thank Your Honor for the attention and consideration herein.

Application granted. Plaintiff's request to adjourn the initial pretrial conference, Dkt. No. 7, is granted. The initial pretrial conference scheduled in this matter to take place on June 25, 2024 is canceled. The Court expects that any application for the issuance of an order to show cause for default judgment will be filed no later than July 19, 2024 in a manner consistent with the Court's Individual Rules of Practice in Civil Cases. Plaintiff is directed to serve a copy of this order on all Defendants in this action and to retain proof of service. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 7.

SO ORDERED.

Dated: June 19, 2024
New York, New York

Respectfully submitted,

*/s/ Mars Khaimov*
Mars Khaimov, Esq.
Attorneys for Plaintiff

GREGORY H. WOODS
United States District Judge