```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/10/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                                            :
ANDREW TORO, *on behalf of herself and all others similarly situated*,    :
                                                            :           1:24-cv-1242-GHW
                                                Plaintiff,    :
                                                              :                   <u>ORDER</u>
                                          -v-                       :
                                                             :
1ST CLASS CIGAR HUMIDORS, INC.,    :
                                                            :
                                            Defendant.    :
------------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

     Plaintiff has filed a proposed order to show cause for default judgment and accompanying papers. Dkt. Nos. 12, 13, 14. These submissions do not conform to the Court's Individual Rules of Practice in Civil Cases, for example by failing to include a memorandum of law as described in Attachment A to the Court's Individual Rules of Practice in Civil Cases.

     Accordingly, the Court will not consider Plaintiff's application. If Plaintiff plans to proceed with seeking default judgment, the Court expects a corrected application for the issuance of an order to show cause for default judgment in full compliance with the Court's Individual Rules of Practice in Civil Cases will be submitted by July 24, 2024.

     SO ORDERED.

Dated: July 10, 2024
       New York, New York

                                                                          _____
                                                                             GREGORY H. WOODS
                                                                         United States District Judge