USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  8/1/2024

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ANDREW TORO on behalf of himself
and all others similarly situated,

Plaintiffs,

-against-

1st Class Cigar Humidors, Inc.

Defendant.

**MEMORANDUM ENDORSED**

Case No.  1:24-cv-01242-GHW

**NOTICE OF VOLUNTARY**
**DISMISSAL**
**WITHOUT PREJUDICE**

**PLEASE TAKE NOTICE**, that the above-entitled action against Defendant, 1st Class Cigar

Humidors, Inc. shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) without

prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated:    Hicksville, New York
          August 1, 2024

Respectfully submitted,

/s/ *Mars Khaimov*

Mars Khaimov, Esq.
Mars Khaimov Law, PLLC
100 Duffy Ave., Suite 510
Hicksville, NY 11801
mars@khaimovlaw.com

Plaintiff has voluntarily dismissed this case without prejudice under F.R.C.P. 41(a)(1)(A)(i).  The
Clerk of Court is directed to close this case.

SO ORDERED.

Dated: August 1, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge